1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Esequiel Rico-Covarrubias

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,        )    Case No. 08MJ8264
                                    )
12        Plaintiff,                )
                                    )
13 v.                               )    **CERTIFICATE OF SERVICE**
                                    )
14 ESEQUIEL RICO-COVARRUBIAS,       )
                                    )
15        Defendant.                )
   _____ )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                   Respectfully submitted,

22

23 DATED:      March 26, 2008         /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Esequiel Rico-Covarrubias
25

26

27

28